**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000065
15-JUN-2023
08:18 AM
Dkt. 19 ODSD**

NO. CAAP-23-0000065

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

OUR HOME INVESTMENTS, LLC, a Nevada limited liability company,
Plaintiff-Appellee, v.
DENNIS VELASCO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DRC-22-0001832)

ORDER DISMISSING APPEAL
(By:  Ginoza, Chief Judge, Wadsworth and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on or before March 21, 2023;

(2) Self-represented Defendant-Appellant Dennis Velasco (Velasco) did not file the opening brief or request an extension of time;

(3) On March 23, 2023, the appellate clerk notified Velasco that the time for filing the opening brief had expired, the matter would be called to the court's attention on April 3, 2023, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rule 30, and Velasco could request relief from default by motion; and

(4) Velasco took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 15, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge